Form odefnddl

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Richard D Fair and Angela L Fair  *Case No.:* 18–70198
*Debtor*

*Chapter:* 13

## NOTICE OF ORDER DEFICIENCY

Notice is hereby provided:

An Order was uploaded by you on 7/20/22 with respect to a Motion to Modify or Amend Plan (doc #85) . It is deficient and will not be signed for the reason indicated below:

- ☐ The Order grants relief not specifically requested in the Motion/Document. A corrected Order must be filed with the relief limited to that requested.

- ☐ The Order grants relief not specifically requested in the Motion/Document. A corrected Order deleting must be filed.

- ☐ An Order granting stay relief must describe the property subject to the Order. Reference to the Motion for a description of the property is not acceptable.

- ☐ An Order granting relief from the co–debtor stay must contain the name of the co–debtor.

- ☐ An Order granting a moratorium in Chapter 13 plan payments must contain the specific dates of the moratorium.

- ☐ Reference to Rule 4001 in the Order should be deleted.

- ☐ Order submitted with no pleading seeking the relief to be granted in the Order. A pleading must be filed to obtain the relief set forth in the Order.

- ☐ The order is not in the proper format. Please see our website for order formatting instructions.

- ☐ Language in Order does not match Motion.

- ☑ Other: Order must include more details, including the terms of the modification and any change to treatment of unsecured creditors.

Please upload a corrected Order in compliance with this Notice or if you need further clarification of the deficiency, please file a request for further hearing on the matter. If the deficient order was submitted pursuant to a court ordered deadline, that deadline is not extended by the issuance of this notice.

Failure to upload a corrected Order may result in an Order being entered which denies the relief without further notice.

*Dated:* 7/20/22

    /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court
Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.