**IT IS SO ORDERED.**

**SIGNED THIS: July 27, 2022**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATE BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICHARD D. FAIR & | ) | |
| | ) | |
| ANGELA L. FAIR | ) | Case No. 18-70198 |
| | ) | Chapter 13 |
| DEBTORS. | ) | |

### ORDER TO AMEND PLAN

THIS MATTER coming to be heard on the Motion to Modify Plan filed by RICHARD D. FAIR & ANGELA L. FAIR, Debtors, to reduce the amount of time to pay the remaining balance due under the confirmed Chapter 13 Plan; and the Court having considered arguments of counsel; and there being no objections to said Motion:

IT IS HEREBY ORDERED THAT: Debtors pay the remaining balance of $689.68, of the base amount ordered of $12,500.00 of their Chapter 13 Plan. Forthwith, upon said payment the plan shall be completed. .

###

1